UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OCSED 29 PM 5:16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Vs. | * | 99-CR-00330-006 (PG) |
| | * | |
| MALDONADO-ALVAREZ, VANESSA | * | |
| | * | |
| ---------------------------------------------------- | * | |

## ORDER

2005 DEC 30
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

By the Order of the Honorable Juan M. Pérez-Giménez, United States District Court

Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this December 29, 2005.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By _____